FILED

05/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0124

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 23-0124

| | |
|---|---|
| CRAIG BAUGH,<br><br>Plaintiff and Appellee<br><br>vs.<br><br>H2S2 LLC, a Montana Limited Liability Company,<br><br>Defendant and Appellant, | **ORDER GRANTING EXTENSION OF TIME TO FILE APPELLEE'S RESPONSE BRIEF** |

The Court being in receipt of Appellee's unopposed Motion for Extension of Time to File Response Brief, and good cause appearing, NOW THEREFORE,

IT IS HEREBY ORDERED that Appellee shall have up to and including June 30, 2023, in which to his Response Brief.

DATED and electronically signed below.

Page **1**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 15 2023